# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| GEORGE L. VONTRESS, <br> Plaintiff, <br> v. <br> STATE OF NEVADA, *et al.*, <br> Defendants. | Case No. 2:18-cv-01746-RFB-PAL <br><br> ORDER |

The Court has received Plaintiff's Motion Requesting Keep Away Order. ECF No. 15. Plaintiff alleges constitutional violations by a staff member at Saguaro Correctional Center ("SCC") and requests emergency injunctive relief.

Defendant SCC has not been formally served and has not appeared in this matter. However, it is not contested that SCC has Plaintiff in its custody. The Court orders counsel representing SCC to make a special appearance to resolve this matter.

Therefore,

**IT IS ORDERED** that counsel for the SCC file a special appearance with the Court by November 5, 2018.

**IT IS FURTHER ORDERED** that the SCC file any Response to Plaintiff's Motion Requesting Keep Away Order (ECF No. 15) by November 7, 2018.

**IT IS FURTHER ORDERED** that the Clerk of Count is directed to serve a copy of this Order on the Warden of the SCC at the following address:

Warden Todd Thomas
1250 East Arica Road
Eloy, AZ  85131

DATED: November 1, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**