# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GEORGE L. VONTRESS,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:18-cv-01746-RFB-PAL

**ORDER TO PRODUCE**
**GEORGE L. VONTRESS, #96499**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: TODD THOMAS, WARDEN, SAGUARO CORRECTIONAL CENTER, ELOY, AZ
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **GEORGE L. VONTRESS, #96499,** is presently in custody of the Nevada Department of Corrections, located at Saguaro Correctional Center, Eloy, Arizona.

    **IT IS HEREBY ORDERED** that the Warden of Saguaro Correctional Center, or his designee, shall transport and produce **GEORGE L. VONTRESS, #96499,** to the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Suite 130, SPC 1, in Phoenix 601, Phoenix, Arizona, on or about Monday, November 19, 2018, at the hour of 10:00 a.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **GEORGE L. VONTRESS, #96499,** is released and discharged by the said Court; and that the said **GEORGE L. VONTRESS, #96499,** shall thereafter be returned to the custody of the Warden, Saguaro Correctional Center, under safe and secure conduct.

1     **DATED** this 15th day of November 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**