**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES**

Phoenix Division

 **2:18-cv-01746-RFB-PAL**      DATE: 11-19-18
Year    Case No.

HON: RICHARD F. BOULWARE, II

George L. Vontress                 v. State of Nevada, et al.
Plaintiff(s)                              Defendant(s)

Deputy Clerk: Maureen Williams/Traci Abraham    Court Reporter: Candy Potter

George L. Vontress
Plaintiff pro se

Jacob Lee with Warden Todd Thomas
Defense counsel
===============================================================================
**Also present: Attorneys Rachel Love and Henry Kim (telephonically)**

**PROCEEDINGS**:   X  Open Court   _Chambers    _ SEALED

10:09 a.m.  This is the time set for Preliminary Injunction Hearing re: Plaintiff's Motion Requesting Keep Away Order (Doc. 15).  Plaintiff's legal materials are discussed.  IT IS ORDERED directing Defense counsel to consult with Warden Thomas in order to return Plaintiff's legal materials to Plaintiff within the next few weeks.  At the request of Plaintiff, IT IS ORDERED directing the ADOC officers to unlock Plaintiff's right hand during today's proceedings.  Plaintiff's Request for Extension of Time to File First Amended Complaint (Doc. 24) is discussed. IT IS ORDERED denying Plaintiff's Request without prejudice.

The Court excuses Correctional Counselor Andrew Loza from the courtroom. **Plaintiff's case:** George Vontress is sworn and examined. Defense counsel is directed to obtain and provide the Court with a copy of the approval of Plaintiff's current assignment at the facility.  Andrew Loza is sworn and examined.  Exhibit 1 is admitted. Witness is excused.  Discussion held. 12:15 p.m.  Recess.

Page 2
CV 18-1746 RFB-PAL
11/19/2018

1:30 p.m. Court is in session.  Court has reviewed the record and the testimony of the parties.  Motion requesting keep away order (Doc. 15) is denied for the reasons stated on the record.  Court denies without prejudice as moot the motion for preliminary injunction and temporary restraining order regarding the braces and the mattress. The facility has complied with the Court's previous direction authorizing braces and mattress for Mr. Vontress. Court will not address the alleged statements of Warden Thomas as there is no pending motion for relief before the Court.  Plaintiff's legal materials shall be provided to plaintiff no later than 12/10/2018.  1:46 Court adjourned.

Total Time: 2 hours and 22 minutes