**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

GEORGE L. VONTRESS,

          Plaintiff,

    v.

STATE OF NEVADA, et al.,

          Defendants.

Case No. 2:18-cv-1746-RFB-BNW

**ORDER**

Presently before the court is Plaintiff's Motion to Compel Production of Documents (ECF No. 122), filed September 18, 2019.

Under Rule 37(a)(1) of the Federal Rules of Civil Procedure, "a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Similarly, LR 26-7 provides that "[d]iscovery motions will not be considered unless the movant (1) has made a good faith effort to meet and confer as defined in LR IA 1-3(f) before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and-confer conference about each disputed discovery request."

Here, Plaintiff does not provide the required statement certifying that he met and conferred with Defendant's counsel in a good faith attempt to resolve the discovery disputes at issue as required by Rule 37(a)(1) and Local Rule 26-7(b). Generally, parties with discovery disputes are required to conduct personal, two-way communication to attempt to resolve their disputes without court intervention. However, where one of the parties is a prisoner, the court does not require in-person meetings and instead allows the prisoner and defense counsel to meet and confer by telephone or by exchanging letters. Although the format of the meet-and-confer

process changes, the substance remains the same: namely, the parties must engage in a good-faith effort to meet and confer before seeking court intervention in any discovery dispute. The court will therefore deny Plaintiff's motion without prejudice for the parties to conduct an appropriate meet and confer to resolve their dispute.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Production of Documents (ECF No. 122) is DENIED without prejudice.


DATED: September 24, 2019


_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE