Jacob B. Lee
Nevada Bar No. 012428
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
JLee@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants Hininger,
Thomas, Fuller, Williams, and CoreCivic*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE L. VONTRESS, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, et al., <br><br> Defendants. | Case No. 2:18-cv-01746-RFB-BNW <br><br> **CORECIVIC DEFENDANTS' MOTION FOR SUMMARY DISPOSITION OF MOTION TO STAY DISCOVERY AND BRIEFING DEADLINES (DOC. 154)** |

Defendants Hininger (incorrectly sued as Defendant Henninger), Thomas, Fuller, Williams, and CoreCivic (collectively, "CoreCivic Defendants"),[1] through counsel, respectfully request the Court grant their Motion to Stay Discovery and Briefing Deadlines ("Motion to Stay") (Doc. 154) as unopposed. The CoreCivic Defendants' Motion to Stay requested the Court stay all discovery and briefing deadlines in this matter until after the Court rules on their Motion for Reconsideration (Doc. 138). (Doc. 154.) The CoreCivic Defendants filed their Motion to Stay on

---

[1] Upon information and belief, Defendant Marr has not yet been served. By filing this Motion for Summary Disposition, the CoreCivic Defendants make no appearance on his behalf.

3687366 - 1 -

March 5, 2020. (Doc. 154.) LR 7-2(b) provided Plaintiff 14 days to respond to the Motion to Stay, but Plaintiff failed to respond by the March 23, 2020 deadline.

Under LR 7-2(d), Plaintiff's failure to file points and authorities in opposition to the Motion to Stay constitutes a consent to granting the Motion. *See HP Tuners, LLC v. Cannata*, No. 318CV00527LRHWGC, 2019 WL 3848792, at *2 (D. Nev. Aug. 15, 2019) (granting unopposed motion to supplement briefing under LR 7-2(d)). The CoreCivic Defendants request this Court treat Plaintiff's failure to respond as silent acquiescence to the granting of the CoreCivic Defendants' Motion to Stay, and stay all discovery and dispositive motion deadlines in this case until after the Court has ruled on the CoreCivic Defendants' Motion for Reconsideration (Doc. 138).

DATED this 26th day of March 2020.

**IT IS ORDERED that ECF No. 154 is GRANTED under LCR 47-3.**

**IT IS FURTHER ORDERED that ECF No. 160 is DENIED as moot.**

**IT IS SO ORDERED**

**DATED: March 27, 2020**

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Jacob B. Lee
   Jacob B. Lee
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
   JLee@strucklove.com

   Gina G. Winspear
   DENNETT WINSPEAR
   3301 North Buffalo Dr., Suite 195
   Las Vegas, NV 89129
   GWinspear@dennettwinspear.com

   *Attorneys for Defendants Hininger, Thomas, Fuller, Williams, and CoreCivic*

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Aaron D. Ford
Attorney General
Henry H. Kim (Bar No. 14390)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Frank Dreesen, James Dzurenda,*
*Dwight Neven, and Rene Pena*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

George Vontress (NDOC #96499)
High Desert State Prison (HDSP)
P.O. Box 650
Indian Springs, Nevada 89070-0650

*Plaintiff Pro Se*

/s/ Allen Rowley