UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GEORGE L. VONTRESS,

Plaintiff,

v.

STATE OF NEVADA, et al.,

Defendants.

Case No. 2:18-cv-01746-RFB-BNW

**ORDER**

On April 8, 2020, Plaintiff filed a motion to strike No. 154, which is Defendants' Motion to Stay Discovery filed on March 5, 2020. ECF No. 167. The basis for his request is that he allegedly did not receive a full copy of the motion, which he attempts to prove at ECF No. 167. Plaintiff states he received this incomplete document on March 13, 2020 and contacted Defendants for a complete copy of the document. *Id.* On March 27, 2020, still without a complete copy of Defendants' motion, he provided employees at the prison the instant motion. ECF No. 167. This Court did not receive this motion until April 8, 2020.

Defendants opposed this motion on April 14, 2020. ECF No. 171. Defendants represent they never received such request from Plaintiff and that, in any event, this motion is moot as this Court already stayed discovery on March 27, 2020 (ECF No. 161). *Id*. In addition, Defendants note that Plaintiff does not provide any substantive reasons why the stay should have been denied.

Defendants are correct in that the Court granted its Motion to Stay Discovery on March 27, 2020. ECF No. 161. The basis of that order was that Plaintiff had not opposed it. ECF No. 161. Given that ruling, the Court denied as moot Defendants' Motion for Summary Disposition of Motion to Stay Discovery and Briefing Deadlines. ECF No. 161. Of course, when ruling in such a manner, the Court was not aware that Plaintiff had not received a full copy of Defendants' motion.

1

Nevertheless, Plaintiff has not articulated any reasons in this motion, or in its response to Defendants' Motion for Summary Disposition, why the stay sought should not have been granted.

There is no reason to strike Defendant's Motion for Stay; the filing before the court was a complete document and Defendants represent they were not on notice until the filing of this motion that Plaintiff had not received a full copy. In addition, by the time the Court received this Motion, it had already ruled on Defendant's Motion to Stay. As a result, the Court will deny Plaintiff's Motion. If Plaintiff seeks to lift the stay currently in place, he is to file the appropriate motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Strike (ECF No. 167) is DENIED.

DATE: August 10, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE