UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GEORGE L. VONTRESS,

Plaintiff,

v.

STATE OF NEVADA, et al.,

Defendants.

Case No. 2:18-cv-01746-RFB-BNW

**ORDER**

On March 23, 2020, Defendants Hininger (incorrectly sued as Defendant Henninger), Thomas, Fuller, Williams, and CoreCivic (collectively, "CoreCivic Defendants"), moved the Court to continue the deadline for their response to Plaintiff's First Amended Complaint ("FAC") until after the Court has screened the FAC (ECF No. 155) and/or ruled on the CoreCivic Defendants' Motion for Reconsideration of the Court's September 28, 2019 Order on their Motion to Dismiss the original Complaint (ECF No. 138). ECF No. 159.

Plaintiff filed a response arguing that this was an attempt to delay litigation and seems to indicate, as Defendants do, that the only change in the FAC is that a former John Doe defendant was named. ECF No. 168.

On March 27, 2020, Defendants filed a Motion to Dismiss the FAC (ECF No. 162). An answer need not be filed in this case unless the Court denies the pending motion to dismiss. Fed. R. Civ. P. 12 (a)(4)(A). In such case, Defendants will have 14 days to file an answer. *Id*.

As a result, Defendant's motion is denied as moot.

1

**IT IS ORDERED** that Defendants' Motion to Extend Time (ECF No. 159) is denied as moot.

DATE:  August 10, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2