**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 2:18-cv-01746-RFB-BNW

GEORGE L. VONTRESS,

     Plaintiff(s),

   vs.

STATE OF NEVADA, et al.,

     Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Katherine L. Hanna_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.   That Petitioner is an attorney at law and a member of the law firm of

_____Struck Love Bojanowski & Acedo, PLC_____
        (firm name)

with offices at _____3100 West Ray Road, Suite 300_____,
        (street address)

_____Chandler_____, _____Arizona_____, _____85226_____,
  (city)      (state)    (zip code)

_____480-420-1600_____, _____khanna@strucklove.com_____.
 (area code + telephone number)   (Email address)

2.   That Petitioner has been retained personally or as a member of the law firm by

_____Defs. Thomas, Fuller, Williams, and CoreCivic_____ to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____01/25/2019_____, Petitioner has been and presently is a
                        (date)
member in good standing of the bar of the highest Court of the State of _____Arizona_____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Arizona Supreme Court | January 25, 2019 | 034980 |
| United States District Court, Arizona | June 3, 2019 | |
| Washington Supreme Court | May 25, 2018 | 53654 |
| United States District Court, Colorado | May 17, 2019 | |
| United States District Court, New Mexico | November 1, 2019 | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Arizona State Bar
Washington State Bar

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Arizona_____ )
COUNTY OF _____Maricopa_____ )

_____Katherine L. Hanna_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__24th__ day of __November__, __2020__.

_____
Notary Public or Clerk of Court

ELAINE PERCEVECZ
NOTARY PUBLIC, ARIZONA
MARICOPA COUNTY
My Commission Expires
August 22, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Gina G. Winspear_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3301 North Buffalo Drive, Suite 195_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89129_____,
(city)                        (state)              (zip code)

_____702-839-1100_____, _____gwinspear@dennettwinspear.com_____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Gina G. Winspear _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jennifer Williams, Associate Counsel, CoreCivic
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

005552                          gwinspear@dennettwinspear.com
Bar number                      Email address

APPROVED:

DATED this 30th day of November, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge          5          Rev. 5/16

## STATE BAR OF ARIZONA

November 16, 2020

Katherine Lindsay Hanna
Struck Love Bojanowski & Acedo
830 E. Fern Dr. S
Phoenix, AZ 85014-3234

**RE: Ms. Katherine Lindsay Hanna**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:        January 25, 2019.
Current Membership Status:    Active, in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Ayde Hernandez*

Resource Center



# CERTIFICATION OF CURRENT STATUS

November 17, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Katherine Lindsay Hanna**, license no. **53654** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **May 25, 2018** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA