**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GEORGE L. VONTRESS,                          )       Case #2:18-cv-01746-RFB-BNW
                                             )
                                             )
                                             )
              Plaintiff(s),                  )       **VERIFIED PETITION FOR**
                                             )       **PERMISSION TO PRACTICE**
                                             )       **IN THIS CASE ONLY BY**
      vs.                                    )       **ATTORNEY NOT ADMITTED**
STATE OF NEVADA, et al.,                     )       **TO THE BAR OF THIS COURT**
                                             )       **AND DESIGNATION OF**
                                             )       **LOCAL COUNSEL**
                                             )
              Defendant(s).                  )
                                             )       **FILING FEE IS $250.00**

_____Jamie D. Guzman_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Struck Love Bojanowski & Acedo, PLC_____
                                (firm name)

with offices at _____3100 West Ray Road, Suite 3100_____,
                                     (street address)

_____Chandler_____, _____Arizona_____    ▼ , ____85226____,
          (city)                (state)                    (zip code)

____(480) 420-1600____, ____jguzman@strucklove.com____.
(area code + telephone number)          (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____CoreCivice, Inc._____ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____October 2002_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Arizona_____ ▾
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, District of Arizona | 12/09/2002 | 022095 |
| State Bar of Arizona | 10/22/2002 | 022095 |
| State Bar of New York | 1/10/2005 | 4291654 |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State " none"   if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State " none"   if Petitioner has never been denied admission.) None

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State " none"   if Petitioner is not a member of other Bar Associations.) None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Arizona        ☒ )
                          )
COUNTY OF _____ Maricopa _____ )

_____ Jamie D. Guzman _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

20ᵀᴴ _____ day of JANUARY _____, 2021

Elaine Percevecz
Notary Public or Clerk of Court

ELAINE PERCEVECZ
NOTARY PUBLIC, ARIZONA
MARICOPA COUNTY
My Commission Expires
August 22, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Gina G. Winspear _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 3301 North Buffalo Drive, Suite 195 _____,
(street address)

_____ Ls Vegas _____, Nevada ☒, _____ 89129 _____,
(city)                  (state)        (zip code)

_____ 702-839-1100 _____, _____ gwinspear@dennettwinspear.com _____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Gina G. Winspear_____ as
                                                (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jennifer Williams, Associate General Counsel, CoreCivic
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

00552_____    gwinspear@dennettwinspear.com
Bar number                       Email address

APPROVED:

DATED this 22nd day of January, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

![STATE BAR OF ARIZONA]

January 13, 2021

U.S. District Court, District of Nevada
333 S. Las Vegas Blvd
Las Vegas, NV 89101

**RE: Ms. Jamie Dennise Guzman**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:          October 22, 2002.
Current Membership Status:    Active, in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Ayde Hernandez*

Resource Center



4201 N. 24th Street    Suite 100    Phoenix, AZ 85016-6266
PH: 602-252-4804    FAX: 602-271-4930    WEB: www.azbar.org