Jacob B. Lee
Nevada Bar No. 012428
Jamie D. Guzman
Arizona Bar No. 022095
*(admitted pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
JLee@strucklove.com
JGuzman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants Thomas,*
*Fuller, Williams, and CoreCivic*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE L. VONTRESS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-01746-RFB-BNW<br><br>**CORECIVIC DEFENDANTS' NOTICE OF CORRECTED IMAGE (DOC. 256)** |

Defendants Thomas, Fuller, Williams, and CoreCivic (collectively, "CoreCivic Defendants"),[1] through counsel, give notice of corrected document at ECF Doc. 256 and attach as Exhibit A – Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel.

---

[1] Upon information and belief, Defendant Marr has not yet been served. By filing this Notice, the CoreCivic Defendants make no appearance on his behalf. The Court dismissed the remaining claim against Defendant Hininger on September 18, 2020. (Doc. 184.)

- 1 -

1

DATED this 1st day of February 2021.

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4

By /s/ Jamie D. Guzman

Jacob B. Lee
Jamie D. Guzman

5

3100 West Ray Road, Suite 300
Chandler, Arizona 85226

6

JLee@strucklove.com
JGuzman@strucklove.com

7

8

Gina G. Winspear
DENNETT WINSPEAR

9

3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

10

11

*Attorneys for Defendants Thomas, Fuller,
Williams, and CoreCivic*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3825928

- 2 -

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on February 1, 2021, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4   Electronic Filing to the following CM/ECF registrants:

5               Aaron D. Ford
                Attorney General
6               Henry H. Kim (Bar No. 14390)
                Deputy Attorney General
7               State of Nevada
                Office of the Attorney General
8               555 E. Washington Ave., Ste. 3900
                Las Vegas, Nevada 89101
9               (702) 486-3095 (phone)
                (702) 486-3773 (fax)
10              Email: hkim@ag.nv.gov

11              *Attorneys for Defendants*
                *Frank Dreesen, James Dzurenda,*
12              *Dwight Neven, and Rene Pena*

13       I hereby certify that on this same date, I served the attached document by U.S. Mail,

14   postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

15              George Vontress (NDOC #96499)
                High Desert State Prison (HDSP)
16              P.O. Box 650
                Indian Springs, Nevada 89070-0650
17

18              *Plaintiff Pro Se*
                                                    /s/ Jamie D. Guzman
19

20

21

22

23

24

25

26

27

28

# **ATTACHMENT A**

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 GEORGE L. VONTRESS,                                 )          Case #2:18-cv-01746-RFB-BNW
                                                                 )
9                                                                )
                                                                 )          **VERIFIED PETITION FOR**
10                        Plaintiff(s),                          )          **PERMISSION TO PRACTICE**
                                                                 )          **IN THIS CASE ONLY BY**
11          vs.                                                  )          **ATTORNEY NOT ADMITTED**
   STATE OF NEVADA, et al.,                            )          **TO THE BAR OF THIS COURT**
12                                                               )          **AND DESIGNATION OF**
                                                                 )          **LOCAL COUNSEL**
13                                                               )
                        Defendant(s).                  )
14                                                               )          **FILING FEE IS $250.00**

15

16          _____Jamie D. Guzman_____, Petitioner, respectfully represents to the Court:
                        (name of petitioner)

17          1.      That Petitioner is an attorney at law and a member of the law firm of

18                          Struck Love Bojanowski & Acedo, PLC

19                                          (firm name)

20   with offices at _____3100 West Ray Road, Suite 3100_____,
                                          (street address)

21   _____Chandler_____, Arizona          [▼]          85226          ,
                        (city)                  (state)                  (zip code)

22

23          _____(480) 420-1600_____,          jguzman@strucklove.com          .
             (area code + telephone number)               (Email address)

24          2.      That Petitioner has been retained personally or as a member of the law firm by

25   Defs. Thomas, CoreCivice, Inc. , Williams & Fuller to provide legal representation in connection with
                        [client(s)]

26

27   the above-entitled case now pending before this Court.

28
                                                                                          Rev. 5/16

3.   That since _____October 2002_____, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of _Arizona_ ▼
                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, District of Arizona | 12/09/2002 | 022095 |
| State Bar of Arizona | 10/22/2002 | 022095 |
| State Bar of New York | 1/10/2005 | 4291654 |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State " none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "  none"  if Petitioner has never been denied admission.) None

7.      That Petitioner is a member of good standing in the following Bar Associations.

(State "  none"  if Petitioner is not a member of other Bar Associations.) None

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
   STATE OF Arizona          )                        Petitioner's signature

5                             )
   COUNTY OF ____ Maricopa ____ )

6

7    _____ Jamie D. Guzman _____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _____
                                                      Petitioner's signature

10 Subscribed and sworn to before me this

11 20th day of JANUARY , 2021

12 Elaine Percevecz
              Notary Public or Clerk of Court

13                                            ELAINE PERCEVECZ
                                            NOTARY PUBLIC, ARIZONA
14                                               MARICOPA COUNTY
                                               My Commission Expires
15                                                 August 22, 2021

16      **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
        **THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate _____ Gina G. Winspear _____,

19                                                              (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action.  The address and email address of

21 said designated Nevada counsel is:

22

23          _____ 3301 North Buffalo Drive, Suite 195 _____,
                              (street address)

24     _____ Ls Vegas _____, Nevada         89129  ,
                  (city)                    (state)          (zip code)

25

26  _____ 702-839-1100 _____, _____ gwinspear@dennettwinspear.com _____.
     (area code + telephone number)           (Email address)

27

28                                    4                              Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ Gina G. Winspear _____ as

   (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10 _____

   (party's signature)

11

12 Jennifer Williams, Associate General Counsel, CoreCivic

   (type or print party name, title)

13 _____

   (party's signature)

14

15

16 _____

   (type or print party name, title)

17 ## CONSENT OF DESIGNEE

   The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20 _____

   Designated Resident Nevada Counsel's signature

21 00552                      gwinspear@dennettwinspear.com

   Bar number                 Email address

22 APPROVED:

23 DATED this 1st day of February, 2021.

24

25

26

27 _____

   RICHARD F. BOULWARE, II

28 United States District Judge

                                5                        Rev. 5/16