UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE L. VONTRESS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al,<br><br>Defendants. | Case No. 2:18-cv-01746-RFB-BNW<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE/ TELECONFERENCE GEORGE L. VONTRESS #96499** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **GEORGE L. VONTRESS, #96499**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **GEORGE L. VONTRESS, #96499,** on or about Friday, August 13, 2021, at the hour of 11:00 AM, for a **videoconference** hearing by zoomgov technology, plaintiff by teleconference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GEORGE L. VONTRESS, #96499,** is released and discharged by the said Court; and that **GEORGE L. VONTRESS, #96499**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 5th day of August, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**