FILED

UNITED STATES COURT OF APPEALS

FEB 5 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE LESLIE VONTRESS,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>STATE OF NEVADA; et al.,<br><br>        Defendants-Appellees. | No.   22-15666<br><br>D.C. No.<br>2:18-cv-01746-RFB-BNW<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before:  O'SCANNLAIN, KLEINFELD, and SILVERMAN, Circuit Judges.

The mandate is recalled for the limited purpose of considering Appellant's petition for rehearing en banc (Dkt. Entry No. 50).  The Clerk of Court shall circulate Appellant's petition for rehearing en banc to the court.