FILED

UNITED STATES COURT OF APPEALS

FEB 28 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE LESLIE VONTRESS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>STATE OF NEVADA; et al.,<br><br>Defendants-Appellees. | No.    22-15666<br><br>D.C. No.<br>2:18-cv-01746-RFB-BNW<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before:  O'SCANNLAIN, KLEINFELD, and SILVERMAN, Circuit Judges.

The panel has recommended denial of Appellant's petition for rehearing en banc.  The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.  The petition for rehearing en banc (Docket Entry No. 50) is DENIED.

The mandate shall reissue forthwith.  No further filings will be entertained in this closed case.